| | |
|---|---|
| Case No: 08-01980 GP3 Judge: GEORGE C. PAINE II | Trustee Name: SUSAN R. LIMOR, TRUSTEE |
| Case Name: ARIAS JR., FRANCISCO REYNIER | Date Filed (f) or Converted (c): 04/15/08 (c) |
| ARIAS, MELISSA SUE | 341(a) Meeting Date: 05/19/08 |
| For Period Ending: 06/30/10 | Claims Bar Date: 08/18/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA- JOINT INTEREST CHECKING $93,000 B | 93,277.00 | 93,277.00 | | 76,610.11 | FA |
| 2. HOUSEHOLD GOODS: SEE ATTACHED EXHIBIT "A" | 7,000.00 | 11,390.00 | | 11,390.00 | FA |
| 3. CLOTHES | 600.00 | 0.00 | DA | 0.00 | FA |
| 4. WOMAN'S WATCH $100 MEN'S DIVER WATCH $100 GOLD PEA | 375.00 | 375.00 | DA | 0.00 | FA |
| 5. BUSHMASTER RIFLE $300 SHOTGUN $300 BUSHMASTER RIFL | 2,500.00 | 4,465.00 | | 4,465.00 | FA |
| 6. TENT $20 2 BICYCLES $100 HELMETS $20 3 MOTORCYCLE | 300.00 | 300.00 | DA | 0.00 | FA |
| 7. OLYMPUS 500 EZ CAMERA $100 CANNON CAMERA W/ LENS $ | 285.00 | 285.00 | DA | 0.00 | FA |
| 8. SMITH MACHINE $1,000 ELLIPTICAL MACHINE $500 PING | 1,650.00 | 1,650.00 | DA | 0.00 | FA |
| 9. REYNIER HOLDINGS GROUP, LLC- 5%, VALUE UNKNOWN, IF | Unknown | Unknown | DA | 0.00 | FA |
| 10. TALK.LLC- 100%, NOT ACTIVE, VALUE UNKNOWN IF ANY W | Unknown | Unknown | DA | 0.00 | FA |
| 11. REIMBURSEMENTS FOR EXPENSES & RENT FROM WHY GREY M | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| 12. SOFTWARE PROGRAM AND WEBSITE TO MONITOR CURRENCY C (u) | Unknown | Unknown | DA | 0.00 | FA |
| 13. 2007 BMW (LEASE/PURCHASE) | 15,643.00 | 15,643.00 | DA | 0.00 | FA |
| 14. 2005 MUSTANG $11,000 2004 SUZUKI 800 CC MOTORCYCLE | 32,200.00 | 32,200.00 | | 31,880.00 | FA |
| 15. 2 AKITA DOGS- PETS 2 MASTIFF DOGS- PETS | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 513.87 | Unknown |
| 17. FOREX CAPITAL ACCOUNT-WIFE (u) | 48.64 | 48.64 | | 48.64 | FA |
| 18. REFUND OF INSURANCE PREMIUMS (u) | 288.00 | 288.00 | | 288.00 | FA |
| 19. PROCEEDS FROM SALE OF REAL ESTATE (u) | 200,095.83 | 200,095.83 | | 200,095.83 | FA |
| 20. PREFERENTIAL TRANSFERS (u) | Unknown | Unknown | | 5,000.00 | Unknown |
| 21. FRAUDULENT TRANSFERS (u) | Unknown | Unknown | | 0.00 | Unknown |
| TOTALS (Excluding Unknown Values) | $360,262.47 | $366,017.47 | | $330,291.45 | Gross Value of Remaining Assets $0.00 |

| Case No: | 08-01980    GP3    Judge: GEORGE C. PAINE II | Trustee Name: | SUSAN R. LIMOR, TRUSTEE |
|---|---|---|---|
| Case Name: | ARIAS JR., FRANCISCO REYNIER | Date Filed (f) or Converted (c): | 04/15/08 (c) |
|  | ARIAS, MELISSA SUE | 341(a) Meeting Date: | 05/19/08 |
|  |  | Claims Bar Date: | 08/18/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS REVIEWING THE DEBTORS' FINANCIAL RECORDS. A 2004 EXAM WILL BE SET.

THE TRUSTEE HAS SETTLED HER ADVERSARY WITH THE DONEYS. THE TRUSTEE WILL BE FILING ADVERSARY CASES TO PURSUE PREFERENTIAL AND FRAUDULENT TRANSFERS.

THE TRUSTEE HAS FILED MULTIPLE ADVERSARIES TO COLLECT PREFERENCES AND FRAUDULENT CONVEYANCES.

SOME COMPROMISES AND DEFAULTS HAVE BEEN ENTERED. THE TRUSTEE IS ANTICIPATING TRIALS WITH DEFENDANTS WHO DO NOT SETTLE IN SPRING 2011.

Initial Projected Date of Final Report (TFR): 07/15/09    Current Projected Date of Final Report (TFR): 11/15/11